CELIA McGUINNESS, Esq. (SBN 159420)
ANTHONY GOLDSMITH, Esq (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
1999 Harrison St., Suite 1800
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
ERIC KUNKEL


Julie R. Trotter, Bar No. 209675
 jtrotter@calljensen.com
Michael S. Orr, Bar No. 196844
 msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendants
7-ELEVEN, INC., THE SOUTHLAND CORPORATION,
AND GURVINDER SINGH SAHOTA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KUNKEL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>7-ELEVEN, INC.; THE SOUTHLAND CORPORATION; GURPAL GREWAL, as an individual and dba 7-ELEVEN; MANJIT GREWAL, as an individual and dba 7-ELEVEN; and GURVINDER SINGH SAHOTA, as an individual and dba 7-ELEVEN,<br><br>　　　　Defendants. | Case No.　2:20-cv-00439 KJM AC<br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

- 1 -

**ORDER**

For GOOD CAUSE shown and for the reason set forth in the stipulation, the below deadlines are amended as follows:

1. Fact discovery shall be completed by July 21, 2021.
2. Expert disclosures shall be completed by August 30, 2021.
3. Rebuttal expert disclosures shall be completed by September 30, 2021.
4. Expert discovery shall be completed by November 30, 2021.
5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be heard by Friday, January 21, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 17, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE