CELIA McGUINNESS, Esq. (SBN 159420)
ANTHONY GOLDSMITH, Esq (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
1999 Harrison St., Suite 1800
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
ERIC KUNKEL


Julie R. Trotter, Bar No. 209675
 jtrotter@calljensen.com
Michael S. Orr, Bar No. 196844
 msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:     (949) 717-3000
Fax:    (949) 717-3100

Attorneys for Defendants
7-ELEVEN, INC., THE SOUTHLAND CORPORATION,
AND GURVINDER SINGH SAHOTA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KUNKEL,<br><br>        Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC.; THE SOUTHLANDCORPORATION; GURPAL GREWAL, as an individual and dba 7-ELEVEN;MANJIT GREWAL, as an individual and dba 7-ELEVEN; and GURVINDER SINGH SAHOTA, as an individual and dba 7-ELEVEN,<br><br>        Defendants. | Case No.   2:20-cv-00439 KJM AC<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

# ORDER

For GOOD CAUSE shown and for the reason set forth in the stipulation, the below deadlines are amended as follows:

1. Fact discovery shall be completed by September 6, 2021.
2. Expert disclosures shall be completed by October 14, 2021.
3. Rebuttal expert disclosures shall be completed by November 15, 2021.
4. Expert discovery shall be completed by January 14, 2022.
5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be heard by Friday, March 25, 2022.

The court grants the deadline extensions as listed in the stipulation, except sets the dispositive motion date for March 25, 2022, as March 11, 2022 is not an available civil law and motion date.

**IT IS SO ORDERED.**

DATED: July 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE