CELIA McGUINNESS, Esq. (SBN 159420)
ANTHONY GOLDSMITH, Esq (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
1999 Harrison St., Suite 1800
Oakland, CA 94612
Telephone:  (510) 987-8778
Facsimile:  (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
ERIC KUNKEL


Julie R. Trotter, Bar No. 209675
  jtrotter@calljensen.com
Michael S. Orr, Bar No. 196844
  msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:    (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendants
7-ELEVEN, INC., THE SOUTHLAND CORPORATION,
AND GURVINDER SINGH SAHOTA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC KUNKEL,<br><br>          Plaintiff,<br><br>   vs.<br><br>7-ELEVEN, INC.; THE SOUTHLANDCORPORATION; GURPAL GREWAL, as an individual and dba 7-ELEVEN;MANJIT GREWAL, as an individual and dba 7-ELEVEN; and GURVINDER SINGH SAHOTA, as an individual and dba 7-ELEVEN,<br><br>          Defendants. | Case No.   2:20-cv-00439 KJM AC<br><br>**ORDER GRANTING JOINT STIPULATION TO ALLOW THE PARTIES TO PARTICIPATE IN A SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE DELANEY AND EXTEND DEADLINES BY NINETY DAYS** |

# ORDER

For GOOD CAUSE shown and for the reason set forth in the stipulation, the following is hereby ordered:

1. The parties are hereby referred to Magistrate Judge Delaney for the purposes of engaging in a settlement conference on September 30, 2021;
2. Fact discovery shall be completed by December 6, 2021.
3. Expert disclosures shall be completed by January 12, 2022.
4. Rebuttal expert disclosures shall be completed by February 14, 2022.
5. Expert discovery shall be completed by April 14, 2022.
6. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be heard by Friday, June 17, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE