CELIA McGUINNESS, Esq. (SBN 159420)
ANTHONY GOLDSMITH, Esq (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
1999 Harrison St., Suite 1800
Oakland, CA 94612
Telephone:  (510) 987-8778
Facsimile:  (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
ERIC KUNKEL


Julie R. Trotter, Bar No. 209675
  jtrotter@calljensen.com
Michael S. Orr, Bar No. 196844
  msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:    (949) 717-3000
Fax:    (949) 717-3100

Attorneys for Defendants
7-ELEVEN, INC., THE SOUTHLAND CORPORATION,
AND GURVINDER SINGH SAHOTA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KUNKEL,<br><br>    Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC.; THE SOUTHLANDCORPORATION; GURPAL GREWAL, as an individual and dba 7-ELEVEN;MANJIT GREWAL, as an individual and dba 7-ELEVEN; and GURVINDER SINGH SAHOTA, as an individual and dba 7-ELEVEN,<br><br>    Defendants. | Case No.   2:20-cv-00439 KJM AC<br><br>**FOURTH JOINT STIPULATION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

**TO THE HONORABLE COURT:**

Plaintiff, ERIC KUNKEL ("Plaintiff") and Defendants 7-ELEVEN, INC., THE SOUTHLAND CORPORATION, and GURVINDER SINGH SAHOTA, as an individual and dba 7-ELEVEN ("Defendants"), hereby jointly stipulate and request through their attorneys of record the following:

WHEREAS, the parties filed a Joint Stipulation to Extend Discovery and Pretrial Deadlines on May 7, 2021 and this Court ordered new deadlines pursuant to the stipulation. ECF Nos. 37, 38;

WHEREAS, the Parties filed a Second Joint Stipulation To Allow the Parties to Participate in Settlement Conference Before Magistrate Judge Delaney Extend Deadlines by Forty-Five (45) Days, this Court ordered new deadlines pursuant to that stipulation. ECF Nos. 39,40;

WHEREAS, the parties filed a Joint Stipulation To Allow the Parties to Participate in a Settlement Conference Before Magistrate Judge Delaney and Extend Deadlines by Ninety (90) Days. ECF Nos. 42, 43;

WHEREAS, the current deadline to complete fact discovery is set for December 6, 2021;

WHEREAS, the current deadline to exchange expert disclosures is set for January 12, 2022;

WHEREAS, the current deadline to exchange rebuttal expert disclosures is set for February 14, 2022;

WHEREAS, the current deadline to complete expert discovery is set for April 14, 2022;

WHEREAS, the current deadline to hear dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be heard by June 17, 2022;

WHEREAS, the parties have worked diligently to complete discovery but still need additional time to complete depositions and thereafter produce their expert's reports based on the schedules of witnesses, the continuing COVID emergency and the unavailability of experts and witnesses during the Holidays.

WHEREAS, a settlement conference in this case narrowed issues but did not result in a settlement.

WHEREAS, Plaintiff's office has recently been impacted by the fact that one of its partners assigned to this case has been diagnosed with a life-threatening illness that will require surgery, other

complex and difficult medical care and procedures and substantial leave, and Plaintiff's office has had to move dates and deadlines in its case load and re assign attorney staff to accommodate these unfortunate circumstances.

  NOW THEREFORE, the parties agree to extend discovery and pretrial deadlines by ninety (90) days.

**IT IS SO STIPULATED.**

Dated: __11/29/2021_____  Derby, McGuinness & Goldsmith, LLP
  Celia McGuinness
  Anthony Goldsmith

  By: __/s/ *Anthony Goldsmith*_____
    Anthony Goldsmith

  Attorneys for Plaintiff
  Eric Kunkel

Dated: _11/29/2021_____   CALL & JENSEN
  A Professional Corporation
  Julie R. Trotter
  Michael S. Orr

  By: __/s/ Michael S. Orr_____
    Michael S. Orr

  Attorneys for Defendants
  7-Eleven, Inc., The Southland Corporation,
  and Gurvinder Singh Sahota

FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that I, Anthony Goldsmith, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrence of counsel in the filing of this document.

/s/ Anthony Goldsmith
Anthony Goldsmith, Esq.
DERBY, McGUINNESS & GOLDSMITH, LLP

**ORDER**

For GOOD CAUSE shown and for the reason set forth in the stipulation, the following is hereby ordered:

1. Fact discovery shall be completed by March 7, 2022;
2. Expert disclosures shall be completed by April 12, 2022;
3. Rebuttal expert disclosures shall be completed by May 16, 2022;
4. Expert discovery shall be completed by July 13, 2022; and
5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be heard by Friday, September 9, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE