CELIA McGUINNESS, Esq. (SBN 159420)
ANTHONY GOLDSMITH, Esq (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
1999 Harrison St., Suite 1800
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiff
ERIC KUNKEL


Julie R. Trotter, Bar No. 209675
  jtrotter@calljensen.com
Michael S. Orr, Bar No. 196844
  msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:    (949) 717-3000
Fax:    (949) 717-3100

Attorneys for Defendants
7-ELEVEN, INC., THE SOUTHLAND CORPORATION,
AND GURVINDER SINGH SAHOTA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KUNKEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC.; THE SOUTHLANDCORPORATION; GURPAL GREWAL, as an individual and dba 7-ELEVEN;MANJIT GREWAL, as an individual and dba 7-ELEVEN; and GURVINDER SINGH SAHOTA, as an individual and dba 7-ELEVEN,<br><br>　　　　Defendants. | Case No.    2:20-cv-00439 KJM AC<br><br>**FIFTH JOINT STIPULATION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES; ORDER** |

**TO THE HONORABLE COURT:**

Plaintiff, ERIC KUNKEL ("Plaintiff") and Defendants 7-ELEVEN, INC., THE SOUTHLAND CORPORATION, and GURVINDER SINGH SAHOTA, as an individual and dba 7-ELEVEN ("Defendants"), hereby jointly stipulate and request through their attorneys of record the following:

WHEREAS, the Parties are filing a stipulation for Plaintiff to file a Third Amended Complaint in this matter as of even date herewith and the parties believe that the issues addressed in the Third Amended complaint have changed the parties' discovery schedules and require them to re-evaluate the scope of discovery.

WHEREAS, Plaintiff's office has recently been impacted by the fact that one of its partners, (the lead partner assigned to this assigned to this case) has been diagnosed with a life-threatening illness that has already require surgery, and is continuing to require other complex and difficult medical care and procedures and substantial leave, and Plaintiff's office has had to continue to move dates and deadlines in its case load and re assign attorney staff to accommodate these unfortunate circumstances.

WHEREAS, the current deadline to complete fact discovery is set for March 7, 2022;

WHEREAS, the current deadline to exchange expert disclosures is set for April 12, 2022;

WHEREAS, the current deadline to exchange rebuttal expert disclosures is set for May 16, 2022;

WHEREAS, the current deadline to complete expert discovery is set for July 13, 2022;

WHEREAS, the current deadline to hear dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be heard by September 9, 2022;

WHEREAS, the parties have worked diligently to complete discovery but still need additional time to complete depositions and thereafter produce their expert's reports based on re-evaluation of discovery needs based on the filing of the Third Amended Complaint in the case, the schedules of witnesses and the continuing COVID emergency and the above referenced health issues impacting Plaintiff's counsel.

NOW THEREFORE, the parties agree to extend discovery and pretrial deadlines by one hundred and twenty (120) days.

**IT IS SO STIPULATED.**

Dated: March 4, 2022      Derby, McGuinness & Goldsmith, LLP
Celia McGuinness
Anthony Goldsmith

By:   /s/ *Anthony Goldsmith*
        Anthony Goldsmith

Attorneys for Plaintiff
Eric Kunkel

Dated: March 4, 2022      CALL & JENSEN
A Professional Corporation
Julie R. Trotter
Michael S. Orr

By:   /s/ *Michael S. Orr*
        Michael S. Orr

Attorneys for Defendants
7-Eleven, Inc., The Southland Corporation,
and Gurvinder Singh Sahota

FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that I, Anthony Goldsmith, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrence of counsel in the filing of this document.

                /s/ *Anthony Goldsmith*
                Anthony Goldsmith, Esq.
                DERBY, McGUINNESS & GOLDSMITH, LLP

**ORDER**

For GOOD CAUSE shown and for the reason set forth in the stipulation, it is hereby ordered that:

1. Fact discovery shall be completed by July 6, 2022;
2. Expert disclosures shall be completed by August 10, 2022;
3. Rebuttal expert disclosures shall be completed by September 13, 2022;
4. Expert discovery shall be completed by November 10, 2022;
5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be heard by Friday, January 27, 2023.

**IT IS SO ORDERED.**

DATED: March 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE