IN THE UNITED STATES DISTRICT COURT
IN AND FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KUNKEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.; THE SOUTHLAND CORPORATION; GURPAL GREWAL, as an individual and dba 7-ELEVEN; and MANJIT GREWAL, as an individual and dba 7-ELEVEN.<br><br>　　　　　Defendants. | CASE NO.   2:20-cv-00439-KJM-AC<br><br>Civil Rights<br><br>**ORDER FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT**<br><br>Action Filed: February 26, 2020 |

**ORDER**

For GOOD CAUSE shown and for the reason set forth in the stipulation, Plaintiff has seven days from the date of this order to file his Third Amended Complaint.

**IT IS SO ORDERED.**

DATED: March 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE