1  CELIA McGUINNESS, Esq. (SBN 159420)
   ANTHONY GOLDSMITH, Esq (SBN 125621)
2  DERBY, McGUINNESS & GOLDSMITH, LLP
   1999 Harrison St., Suite 1800
3  Oakland, CA 94612
   Telephone:  (510) 987-8778
4  Facsimile:  (510) 359-4419
   info@dmglawfirm.com
5
   Attorneys for Plaintiff
6  ERIC KUNKEL

7

8  Julie R. Trotter, Bar No. 209675
    jtrotter@calljensen.com
9  Michael S. Orr, Bar No. 196844
    msorr@calljensen.com
10 CALL & JENSEN
   A Professional Corporation
11 610 Newport Center Drive, Suite 700
   Newport Beach, CA  92660
12 Tel:    (949) 717-3000
   Fax:    (949) 717-3100
13
   Attorneys for Defendants
14 7-ELEVEN, INC., THE SOUTHLAND CORPORATION,
   AND GURVINDER SINGH SAHOTA
15

16              **UNITED STATES DISTRICT COURT**

17              **EASTERN DISTRICT OF CALIFORNIA**

18

19 | ERIC KUNKEL,                          | Case No.    2:20-cv-00439 KJM AC |

20          Plaintiff,                      **SIXTH JOINT STIPULATION TO
                                            EXTEND DISCOVERY AND PRETRIAL**
21          vs.                             **DEADLINES; ORDER**

22

23 7-ELEVEN, INC.; THE
   SOUTHLANDCORPORATION; GURPAL
24 GREWAL, as an individual and dba 7-
   ELEVEN;MANJIT GREWAL, as an individual
25 and dba 7-ELEVEN; and GURVINDER SINGH
   SAHOTA, as an individual and dba 7-ELEVEN,
26

27          Defendants.

28

**TO THE HONORABLE COURT:**

Plaintiff, ERIC KUNKEL ("Plaintiff") and Defendants 7-ELEVEN, INC., THE SOUTHLAND CORPORATION, and GURVINDER SINGH SAHOTA, as an individual and dba 7-ELEVEN ("Defendants"), hereby jointly stipulate and request through their attorneys of record the following:

WHEREAS, Plaintiff's office has recently been impacted by the fact that one of its partners, (the lead partner assigned to this  assigned to this case) has been diagnosed with a life-threatening illness that has already require surgery, and until very recently continued to require extremely taxing post surgical treatment and other complex and difficult medical care and procedures and substantial leave, and Plaintiff's office has had to continue to move dates and deadlines in its case load and re assign attorney staff to accommodate these unfortunate circumstances.

WHEREAS, Further, both the firm's sole associate attorney and paralegal have recently been on leave due to contracting COVID-19. Plaintiff's counsel's office has had to move dates and deadlines and adjust its case load to accommodate these unfortunate health related circumstances.

WHEREAS, the current deadline to complete fact discovery is set for July 6, 2022;

WHEREAS, the current deadline to exchange expert disclosures is set for August 10, 2022;

WHEREAS, the current deadline to exchange rebuttal expert disclosures is set for September 13, 2022;

WHEREAS, the current deadline to complete expert discovery is set for November 10, 2022;

WHEREAS, the current deadline to hear dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be heard by January 27, 2022;

WHEREAS, the parties have worked diligently to complete discovery but still need additional time to complete depositions and thereafter produce their expert's reports based on re-evaluation of discovery needs based on the filing of the Third Amended Complaint in the case, the schedules of witnesses and the continuing COVID emergency and the above referenced health issues impacting Plaintiff's counsel.

NOW THEREFORE, the parties agree to extend discovery and pretrial deadlines by ninety (90) days.

1  **IT IS SO STIPULATED.**

2

3  Dated: May 24, 2022                    Derby, McGuinness & Goldsmith, LLP

4                                          Celia McGuinness
                                           Anthony Goldsmith

5

6                                          By: __/s/ *Anthony Goldsmith*_____
                                               Anthony Goldsmith

7                                          Attorneys for Plaintiff

8                                          Eric Kunkel

9

10 Dated: May 24, 2022                    CALL & JENSEN

11                                         A Professional Corporation
                                           Julie R. Trotter

12                                         Michael S. Orr

13

14                                         By: __/s/ *Michael S. Orr*_____
                                               Michael S. Orr

15                                         Attorneys for Defendants

16                                         7-Eleven, Inc., The Southland Corporation,
                                           and Gurvinder Singh Sahota

17

18

19                         FILER'S ATTESTATION

20        Pursuant to Local Rules, I hereby attest that I, Anthony Goldsmith, attorney with Derby,

   McGuinness & Goldsmith, LLP, received the concurrence of counsel in the filing of this document.
21

22                                         /s/  *Anthony Goldsmith*_____
                                           Anthony Goldsmith, Esq.
23                                         DERBY, McGUINNESS & GOLDSMITH, LLP

24

25

26

27

28

1

**ORDER**

2    For GOOD CAUSE shown and for the reason set forth in the stipulation, the following is

3 hereby ordered:

4    1.  Fact discovery shall be completed by October 4, 2022;

5    2.  Expert disclosures shall be completed by November 8, 2022;

6    3.  Rebuttal expert disclosures shall be completed by December 12, 2022;

7    4.  Expert discovery shall be completed by February 8, 2023;

8    5.  All dispositive motions, except for motions for continuances, temporary restraining orders

9       or other emergency applications shall be heard by Friday, April 21, 2023.

10    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11 DATED:  June 3, 2022.

12

13    _____

14    CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28